UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACOB ALEXANDER WOODS, | Case No. 2:26-cv-00695-GMN-DJA |
| Plaintiff | ORDER |
| v. | |
| WILLIAMS, | |
| Defendant | |

## I.    DISCUSSION

On March 10, 2026, *pro se* plaintiff Jacob Alexander Woods, an inmate in the custody of the Nevada Department of Corrections who is housed at Southern Desert Correctional Center ("SDCC"), submitted an application to proceed *in forma pauperis* but did not file a complaint. (*See* ECF No. 1). The Court will grant Plaintiff an extension of time to submit a complaint.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. The complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

If Plaintiff wishes to proceed with this action, Plaintiff must file a complaint that complies with LSR 2-1.  Plaintiff should file the complaint on this Court's approved civil-rights form.

## II.    CONCLUSION

It is therefore ordered that Plaintiff has until **April 15, 2026,** to submit a complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

complaint.

The Clerk of the Court is directed to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: March 18, 2026.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE