UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACOB ALEXANDER WOODS, | Case No. 2:26-cv-00695-GMN-DJA |
| Plaintiff, | ORDER |
| v. | |
| WILLIAMS, | |
| Defendant. | |

## I.   DISCUSSION

On March 18, 2026, this Court issued an order directing Plaintiff to file a complaint with the Court by April 15, 2026. (ECF No. 6). The next day, the Southern Desert Correctional Center ("SDCC") law librarian returned the order as undeliverable because Plaintiff was at the University Medical Center ("UMC").[1] (ECF No. 7). According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is now at High Desert State Prison ("HDSP").

The Court notes that, pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.  This Court grants Plaintiff until May 22, 2026, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

---

[1] It appears that the NDOC returns mail as undeliverable if the inmate, who is in their custody, is at a hospital.

The Court also grants Plaintiff an extension of time until May 22, 2026, to submit a complaint to this Court.

**II.      CONCLUSION**

IT IS THEREFORE ORDERED that Plaintiff will file his updated address with the Court by May 22, 2026.

IT IS FURTHER ORDERED that Plaintiff will file a complaint by May 22, 2026.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

The Clerk of the Court is directed to: (a) send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same; and (b) send courtesy copies of this order and the March 18, 2026, order (ECF No. 6) to Plaintiff at HDSP.

DATED: April 22, 2026.

_____
UNITED STATES MAGISTRATE JUDGE